UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SIGNATURES NETWORK, INC., a Delaware Corporation, ) ) ) Plaintiff, ) ) vs. ) ) JOHN DOES 1-100, individuals, ) JANE DOES 1-100, individuals, ) and XYZ COMPANY, business ) entity form unknown, inclusive, ) ) Defendants. ) ) | CIVIL ACTION NO. 05-11478 RWZ |

## NOTICE OF RELATED CASES

Signatures Network, Inc. hereby files this notice of related cases. Plaintiff notifies the court that this matter is related to several matters either currently pending or previously brought before Judge Zobel and should be brought before this same judge by virtue of the similarity of the facts and legal issues involved in this matter to the pending matters and that there will be a substantial saving of judicial resources from assigning this case to the same judge.

Moreover, the Judge has handled the same matter for the previous Ozzfest tour. Signatures Network, Inc. v. Does, et.al., Case No. 02-11396 RWZ (D. MA 2002) (Judge R. Zobel) (for the Ozzfest Tour).

Other matters include: Signatures Network, Inc. v. Does, et al., Case No. 05 10628 RWZ (D. MA 2005) (Judge R. Zobel) (for the group Maroon 5's tour); Giant Merchandising v. Does, et al., Case No. 04 CV 11223 RWZ (D. MA 2004) (Judge R. Zobel) (for the group No Doubt's tour);

Cousins Entertainment v. Does, et al., Case No. 03 CV 11205 (D. MA 2003) (Judge R. Zobel) (for the artists Jay Z's and 50 Cent's tour); Giant Merchandising v. Does, et al., Case No. 02 CV 10191 RWZ (D. MA 2002) (Judge R. Zobel) (for the artist Mary J. Blige's tour); Signatures Network, Inc. v. Does, et al., Case No. 02-10111 RWZ (D. MA 2002) (Judge R. Zobel) (for the artists Billy Joel's and Elton John's tour); and Signatures Network. Inc. v. Does, et al., Case No. 01-11329-RWZ (D. MA 2001) (Judge R. Zobel) (for the artist Madonna's tour).

These actions involve the actions of Defendants who sell unauthorized merchandise at performances of a musical performing group which has licensed their names, marks, logos and images to a Plaintiff.

Therefore Plaintiff respectfully requests that this action be heard by the Honorable Judge Zobel, who is the same judge assigned to the other matters involving unauthorized sale and distribution of goods bearing the name and likeness of musical artists at concerts as set forth above.

Dated: July 13, 2005

Respectfully Submitted
SIGNATURES NETWORK, INC.
By Its Attorneys

M. Lawrence Oliverio, Esq., BBO #378755
Kudirka & Jobse, LLP
One State Street
Boston Massachusetts 02109
Telephone: (617) 367-4600
Facsimile: (617) 367-4656

Cara R. Burns, Esq. (Cal. Bar # 137557)
725 South Figueroa Street, Suite 2280
Los Angeles, California 90017
Telephone: (213) 607-2290
Facsimile: (213) 538-1375

Counsel for Plaintiff