UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|   |   |
|---|---|
| SIGNATURES NETWORK, INC. a California corporation, <br><br> Plaintiff, <br><br> vs. <br><br> JOHN DOES 1-100, individuals, JANE DOES 1-100, individuals, and XYZ COMPANY, business entity form unknown, inclusive, <br><br> Defendants. | ) ) ) ) ) ) CIVIL ACTION NO. 05-11478 RWZ ) ) ) ) ) ) ) ) ) ) |

## [PROPOSED] ORDER TO RELEASE SEIZED GOODS

Plaintiff Signatures Network, Inc. ("Plaintiff") previously moved for a Preliminary Injunction and Seizure Order (the "Order"), which this Court granted. That Order, in part, permitted the seizure of unauthorized goods bearing the federally registered trademarks, servicemarks, tradenames, logos, likenesses or images of the musical tour "OZZFEST" and the artists "OZZY OSBOURNE" and "BLACK SABBATH" and ordered that the Plaintiff be substitute custodian of the same.

Now upon presentation and consideration of Plaintiff's ex parte application to allow for the previously seized and goods to be seized pursuant to that Order to be released and that Plaintiff, without waiver of its rights (including under the Lanham Act), be permitted to send said unauthorized goods to the victims of Hurricane Katrina, and all other pleadings and prior proceedings heretofore had herein in this matter, and good cause being shown,

1

The Court hereby finds that the need for the clothing and other unauthorized goods to be released to the victims of Hurricane Katrina justifies Plaintiff's ex parte application.

**NOW, THEREFORE, IT IS HEREBY**

**ORDERED,** that Plaintiff, in its discretion, is permitted to distribute and release unauthorized goods previously seized and to be seized pursuant to the Order, to the victims of Hurricane Katrina. Plaintiff will be responsible for the logistics in distributing the seized unauthorized goods in good faith to reach the victims.

**IT IS FURTHER ORDERED,** that all other provisions of the Order shall remain in full force and effect.

**IT IS SO ORDERED.**

Dated: September 8, 2005

At: 2:00 p. m.

_____
THE HONORABLE RYA W. ZOBEL
UNITED STATES DISTRICT COURT JUDGE

Respectfully Submitted
SIGNATURES NETWORK, INC.
By Its Attorneys

M. Lawrence Oliverio, Esq., BBO #378755
Kudirka & Jobse, LLP
One State Street
Boston Massachusetts 02109
Telephone: (617) 367-4600
Facsimile: (617) 367-4656

Cara R. Burns, Esq.
725 S.Figueroa Street, Suite 2280
Los Angeles, California 90017
Telephone: (213) 607-2290
Facsimile: (213) 538-1375