UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SIGNATURES NETWORK, INC. ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> JOHN DOES 1-100, individuals, ) <br> JANE DOES 1-100, individuals, ) <br> and XYZ COMPANY, business ) <br> entity form unknown, inclusive, ) <br> ) <br> Defendants. ) | CIVIL ACTION NO. 05-11478 RWZ |

### REQUEST FOR EXONERATION AND DISPOSITION OF MATERIALS
### [PROPOSED] ORDER

Plaintiff having dismissed the above entitled action without prejudice pursuant to Federal Rules of Civil Procedure, Rule 41 (a), and no defendants having appeared by answer or otherwise and good cause appearing,

**IT IS HEREBY:**

**ORDERED,** that the bond posted by Plaintiff shall be, and hereby is, exonerated and released to the Plaintiff, and it is further

**ORDERED,** that Plaintiff is authorized to destroy or otherwise dispose of all infringing merchandise.

**IT IS SO ORDERED.**

Dated: July 24, 2007

At: 4:30 p. m.

_____
THE HONORABLE RYA W. ZOBEL
UNITED STATES DISTRICT COURT JUDGE

1